396 A.2d 852

Commonwealth v. Singletary, Appellant.

Submitted September 12, 1977. Norris E. Gelman, for appellant; Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.